RUSS, AUGUST & KABAT
Irene Y. Lee, State Bar No. 213625
E-mail: ilee@raklaw.com
Jean Y. Rhee, State Bar No. 234916
E-mail: jrhee@raklaw.com
Twelfth Floor
12424 Wilshire Boulevard
Los Angeles, California 90025
Telephone: 310.826.7474
Facsimile: 310.826.6991

Attorneys for Plaintiff
The Honest Company, Inc.

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE HONEST COMPANY, INC. a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PLANET OF THE VAPES, LLC d/b/a THE CBD PLUG, a California limited liability company,<br><br>Defendant. | CASE NO. 2:17-cv-07536-R-PLA<br><br>**FINAL JUDGMENT AND PERMANENT INJUNCTION AGAINST PLANET OF THE VAPES, LLC d/b/a THE CBD PLUG** |

WHEREAS, Plaintiff The Honest Company, Inc. ("The Honest Co.") is the exclusive and sole owner of the rights in various HONEST marks covering a wide range of goods and services such as face and body lotions, skin care preparations, vitamins, dietary supplements, and retail services featuring consumer products, including United States Trademark Registration Nos. 4,744,028; 4,696,715; 4,664,222; 4,739,478; 5,291,212; 4,720,844; 4,550,028; 4,739,475; 4,713,234; 4,550,022; 5,036,713; 4,696,706; 4,964,802; 4,878,813; 4,739,220; 3,817,736; 3,231,281; 4,844,206; and 4,790,677 (collectively the "HONEST Marks");

WHEREAS, Defendant Planet of the Vapes, LLC d/b/a The CBD Plug ("Defendant" or "CBD Plug") has used names, marks, and logos containing the term, "HONEST HERBAL" (collectively, the "HONEST HERBAL Marks") in connection with its marketing and sale of lotions, creams, and supplements manufactured by Redmon Company Inc., d/b/a Honest Herbal over the Internet through its website, www.thecbdplug.com, and its Facebook and Instagram pages;

WHEREAS, a dispute has arisen between The Honest Co. and CBD Plug in that CBD Plug's use of the HONEST HERBAL Marks violates The Honest Co.'s rights in the HONEST Marks and constitutes, among other things, trademark infringement, false advertising, and unfair competition;

WHEREAS, on October 13, 2017, The Honest Co. commenced the above-captioned action ("Action") against CBD Plug, asserting federal and California law claims for trademark infringement, false advertising, and unfair competition;

WHEREAS, CBD Plug has admitted liability and entered into a full and final settlement of the Action with The Honest Co., which settlement was memorialized in a certain document dated November 7, 2017 (the "Agreement"); and

WHEREAS, the Agreement provides, in pertinent part, that CBD Plug (a) is liable to The Honest Co. for monetary compensation for trademark infringement, false advertising, and unfair competition in the amount specified in the Agreement;

and (b) consents to the entry of a permanent injunction enjoining any references and uses of the term HONEST, including, without limitation, the HONEST HERBAL Marks, in any advertisements or other commercial undertakings.

NOW, THEREFORE, it is, ORDERED, ADJUDGED, and DECREED THAT:

1. This Court has jurisdiction over the subject matter of this Action and over the parties hereto.

2. The Honest Co. is the owner of the HONEST Marks, which are valid and enforceable.

3. Defendant engaged in marketing, offering for sale, and selling products under the HONEST HERBAL Marks.

4. Defendant and its officers, members, principals, agents, employees and all persons and entities in active concert or participation with any of them, are hereby permanently restrained and enjoined from infringing upon Plaintiff's HONEST Marks, either directly or indirectly, in any manner, including:

   a. manufacturing, distributing, circulating, advertising, marketing, promoting, importing, exporting, displaying, shipping, offering for sale, or selling lotions, creams, and supplements under or bearing any mark identical and/or confusingly similar to Plaintiff's HONEST Marks, such infringing marks including the HONEST HERBAL Marks;

   b. manufacturing, distributing, circulating, advertising, marketing, promoting, importing, exporting, displaying, shipping, offering for sale, or selling lotions, creams, and supplements under or bearing any mark including the term HONEST;

   c. registering any of the HONEST HERBAL Marks or any mark including the term HONEST;

   d. committing any other acts calculated to cause purchasers to believe that the products marketed, offered for sale, or sold by Defendant are

Russ, August & Kabat

Plaintiff's products or associated with Plaintiff in any way; and

       e.    assisting, aiding or attempting to assist or aid any other person or entity in performing any of the prohibited activities referred to in Paragraphs 4(a) to 4(d) above.

5. Defendant is liable to The Honest Co. for monetary compensation in the amount specified in the Agreement.

6. Each party shall bear its own costs, expenses, and attorneys' fees associated with this Action.

7. The execution of this Final Judgment shall serve to bind and obligate the parties hereto.

8. The Court shall retain exclusive and continuing jurisdiction over this case for the purpose of making any further orders necessary or proper for the construction or modification of this Final Judgment, the enforcement thereof, and the punishment of any violations thereof. Except as otherwise provided herein, this Action is fully resolved with prejudice as to Defendant.

Dated: _____December 7_____, 2017

_____
Honorable Manuel L. Real
United States District Judge

## CONSENTS

The undersigned parties to this Action consent to entry of this Final Judgment and Permanent Injunction.

The Honest Company, Inc.

By: *[signature]*
Name: Craig Gatarz
Title: EVP and General Counsel
Date: November 7, 2017

Planet of the Vapes, LLC, d/b/a The CBD Plug

By: *[signature]*
Name: HANSEL DELACRUZ
Title: OWNER
Date: November 7, 2017

RUSS, AUGUST & KABAT